KAREN L. BASHOR, ESQ.
Nevada Bar No.  11913
CHRISTOPHER D. PHIPPS, ESQ.
Nevada Bar No.  3788
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd., Suite 200
Las Vegas, Nevada 89119
(702) 727 1264; FAX (702) 727 1401
Karen.Bashor@wilsonelser.com
Christopher.Phipps@wilsonelser.com
*Attorneys for Defendants ZURICH AMERICAN*
*INSURANCE COMPANY, SEDGWICK CLAIMS*
*MANAGEMENT SERVICES*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL SEGURA, individually, | Case No.:   2:21-cv-01086-JAD-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR PARTIAL DISMISSAL WITH PREJUDICE** |
| ZURICH AMERICAN INSURANCE COMPANY, a foreign entity; SEDGWICK CLAIMS MANAGEMENT SERVICES, a foreign entity; DOES I-V, inclusive; ROE CORPORATIONS I-V, inclusive, | ECF No. 13 |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between Plaintiff, Michael Segura, and Defendants Zurich American Insurance Company and Sedgwick Claims Management Services, by and through their undersigned attorneys as follows:

IT IS HEREBY STIPULATED AND AGREED THAT the First Cause of Action in Plaintiff's Complaint ("Bad Faith") be dismissed with prejudice;

IT IS HEREBY FURTHER STIPULATED AND AGREED THAT the Second Cause of Action in Plaintiff's Complaint ("Bad Faith and Unfair Claims Practices Pursuant to NRS 686A") be dismissed with prejudice;

IT IS HEREBY FURTHER STIPULATED AND AGREED THAT the Fourth Cause of Action in Plaintiff's Complaint ("Breach of the Covenant of Good Faith and Fair Dealing") be dismissed with prejudice;

258684794v.1

1    IT IS HEREBY FURTHER STIPULATED AND AGREED THAT Defendant Sedgwick

2  Claims Management Services be dismissed from this action with prejudice.

3  Dated this 25th day of October, 2021.          Dated this 25th day of October, 2021.

4  **DEAVER – CRAFTON**                           **WILSON, ELSER, MOSKOWITZ,**
                                                  **EDELMAN & DICKER LLP**

5

6  */s/ Brice J. Crafton*                         */s/ Christopher D. Phipps*

7  Nathan S. Deaver, Esq.                         KAREN L. BASHOR, ESQ.
   Brice J. Crafton, Esq.                         Nevada Bar No. 11913

8  810 E. Charleston Blvd.                        CHRISTOPHER D. PHIPPS, ESQ.
   Las Vegas, Nevada 89104                        Nevada Bar No. 3788

9  *Attorneys for Plaintiff*                      6689 Las Vegas Blvd., Suite 200
                                                  Las Vegas, Nevada 89119

10                                                *Attorneys for Defendants*

11                                  **ORDER**

12    Based on the parties' stipulation [**ECF No. 13**] and good cause appearing,

13    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the First Cause of Action in

14  Plaintiff's Complaint ("Bad Faith") be dismissed with prejudice;

15    IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that the Second

16  Cause of Action in Plaintiff's Complaint ("Bad Faith and Unfair Claims Practices Pursuant to NRS

17  686A") be dismissed with prejudice;

18    IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that the Fourth Cause

19  of Action in Plaintiff's Complaint ("Breach of the Covenant of Good Faith and Fair Dealing") be

20  dismissed with prejudice;

21    IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that Defendant

22  Sedgwick Claims Management Services be dismissed from this action with prejudice.

23

24                                   _____
                                     U.S. District Judge Jennifer A. Dorsey
25                                   Dated: October 27, 2021

26

27

28

258684794v.1