UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Michael Segura, | Case No.: 2:21-cv-01086-JAD-BNW |
| Plaintiff | |
| v. | **Order Adopting Report and Recommendation and Denying Motion to Enforce Settlement Agreement and for Sanctions** |
| Zurich American Insurance Company, et al., | |
| Defendants | [ECF Nos. 19, 24] |

Mediation of this insurance-coverage action resulted in a settlement earlier this year. But a dispute over the language of the written release caused the defendant Zurich American Insurance Company to bring a motion to enforce the settlement agreement, asking the court to order the plaintiff to sign the version of the release that Zurich prefers.[1] The magistrate judge has evaluated Zurich's motion and recommends that I deny it.[2] She reasons that the disputed language is "a material term that was not agreed upon" at the time that the settlement was reached.[3] She also finds that "sanctions are not warranted."[4] The deadline for any party to object to that report and recommendation was yesterday, and no party filed an objection or moved to extend the deadline to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[5] Having reviewed the report and recommendation, I find good cause to adopt it, and I do.

---

[1] ECF No. 19; corrected version at ECF No. 22.
[2] ECF No. 24 at 5.
[3] *Id.*
[4] *Id.*
[5] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 24] is ADOPTED** in its entirety.

IT IS FURTHER ORDERED that Zurich American Insurance Company's Motion to Enforce Settlement and Compel Dismissal of Action and Motion for Award of Attorney's Fees and Costs **[ECF No. 19] is DENIED.**

_____
U.S. District Judge Jennifer A. Dorsey
November 1, 2022