1  KAREN L. BASHOR, ESQ.
   Nevada Bar No. 11913
2  CHRISTOPHER D. PHIPPS, ESQ.
   Nevada Bar No. 3788
3  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
4  6689 Las Vegas Blvd., Suite 200
   Las Vegas, Nevada 89119
5  (702) 727 1264; FAX (702) 727 1401
   Karen.Bashor@wilsonelser.com
6  Christopher.Phipps@wilsonelser.com
   *Attorneys for Defendants Zurich American*
7  *Insurance Company and Sedgwick Claims*
   *Management Services*
8

9               UNITED STATES DISTRICT COURT

10                     DISTRICT OF NEVADA

11

| MICHAEL SEGURA, an individual; | Case No.: 2:21-cv-01086-JAD-BNW |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| ZURICH AMERICAN INSURANCE COMPANY, a foreign entity; SEDGWICK CLAIMS MANAGEMENT SERVICES, a foreign entity; DOES I-V, inclusive; ROE CORPORATIONS I-V, inclusive, | ECF No. 26 |
| Defendants. | |

   IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Michael Segura, by and through his counsel of record, Nathan S. Deaver, Esq. and Brice J. Crafton, Esq. of Deaver Crafton and Defendants Zurich American Insurance Company and Sedgwick Claims Management Services by and through their counsel of record, Karen L. Bashor, Esq. and Christopher D. Phipps, Esq. of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, that the above-entitled action shall be dismissed with prejudice against Defendants Zurich American Insurance Company and Sedgwick

/ / /

/ / /

Page 1 of 2

269262048v.2

Claims Management Services. Each party is to bear their own attorneys' fees and costs. This stipulation resolves all remaining claims by Plaintiff against all defendants.

DATED this 11th day of January, 2023.

DEAVER | CRAFTON

_____
Nathan S. Deaver, Esq.
Brice J. Crafton, Esq.
810 E. Charleston Blvd.
Las Vegas, Nevada 89104
*Attorneys for Plaintiff*

DATED this 12th day of Janaury, 2023.

WILSON, ELSER, MOSKOVITZ, EDELMAN & DICKER, LLP

*/s/ Christopher D. Phipps, #3788*
Karen L. Bashor, Esq.
Christopher D. Phipps, Esq.
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
*Attorneys for Defendants Zurich American Insurance Company and Sedgwick Claims Management Services*

**ORDERED**

Based on the parties' stipulation **[ECF No. 26]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 13, 2023

*Respectfully Submitted by:*

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Christopher D. Phipps, #3788*
Karen L. Bashor, Esq.
Christopher D. Phipps, Esq.
6689 Las Vegas Boulevard South, Suite 200
Las Vegas, NV 89119
(702) 727-1400; FAX (702) 727-1401
*Attorneys for Defendants Zurich American Insurance Company and Sedgwick Claims Management Services*